AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| LOL Finance Co <br> *Plaintiff* <br> v. <br> C&S of Lake View, LLC, Olene Page Cox and <br> Shirley Cox Scott <br> *Defendant* | ) ) ) ) ) <br><br> Civil Action No.　　4:21-2490-JD |

### SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

■ the plaintiff is granted Summary Judgment against Defendants, jointly and severally in the amount of $115,823.50, plus additional interest at the rate of $14.55 per day from May 1, 2022, through the date of entry of judgment.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph Dawson, III, United States District Judge, who granted Plaintiff's Motion for Summary Judgment.

Date:　　　November 7, 2022

ROBIN L. BLUME <br> *CLERK OF COURT*

s/ Glenda J. Nance <br> *Signature of Clerk or Deputy Clerk*